EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov

JS-6

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JANICE SMETS, | No. CV 15-08555 JFW (JCx) |
|     Plaintiff, | **JUDGMENT** |
|     v. | **[Fed. R. Civ. P. 56]** |
| DEBORAH LEE JAMES, SECRETARY OF THE AIR FORCE, | |
|     Defendant. | |

1    The Court, having granted Defendant Deborah Lee James's Motion for
2 Summary Judgment based on its determination that there was no genuine issue as
3 to any material fact and that Defendant Deborah Lee James was entitled to
4 judgment as a matter of law on all claims for relief alleged against her,
5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED , that judgment
6 is hereby entered in favor of Defendant Deborah Lee James, in her official capacity
7 as Secretary of the Air Force, on Plaintiff Janice Smets's entire action.

DATED:  ___September 27, 2016_____

_____
UNITED STATES DISTRICT JUDGE

-1-